DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DARRYL LEE PALMER,<br><br>                             Petitioner,<br><br>        v.<br><br>BENEDICT MARTINEZ,<br><br>                             Respondent. | NO. C06-1075-JCC-MAT<br><br>(~~PROPOSED~~) ORDER<br>GRANTING MOTION FOR<br>SECOND EXTENSION OF TIME<br>TO ANSWER PETITION |

The Court, having reviewed Respondent's Motion for Second Extension of Time to Answer Petition and the remaining record, does hereby find and **ORDER**:

1.      Respondent's Motion for Second Extension of Time is **GRANTED**.

2.      Respondent's Answer is due on or before November 22, 2006.

3.      The Clerk of the Court is instructed to send uncertified copies of this Order to the Plaintiff and counsel for the Respondent.

DATED this 14th day of November, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented By:
ROB MCKENNA
Attorney General

/s/Ronda D. Larson
RONDA D. LARSON, WSBA #31833
Assistant Attorney General

(~~PROPOSED~~) ORDER GRANTING
MOTION FOR SECOND EXTENSION
OF TIME TO ANSWER PETITION
(NO. C06-1075-JCC-MAT)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445