DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

DARRYL LEE PALMER,

    Petitioner,

v.

BENEDICT MARTINEZ,

    Respondent.

NO. C06-1075-JCC-MAT

(~~PROPOSED~~) ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO ANSWER PETITION

The Court, having reviewed Respondent's Motion for Third Extension of Time to Answer Petition and the remaining record, does hereby find and **ORDER**:

1. Respondent's Motion for Third Extension of Time is **GRANTED**.

2. Respondent's Answer is due on or before November 29, 2006.

3. The Clerk of the Court is instructed to send uncertified copies of this Order to the Plaintiff and counsel for the Respondent.

DATED this <u>27th</u> day of November, 2006.

                <u>s/ Mary Alice Theiler</u>
                United States Magistrate Judge

Presented By:
ROB MCKENNA
Attorney General

/s/Ronda D. Larson
RONDA D. LARSON, WSBA #31833
Assistant Attorney General

---

(~~PROPOSED~~) ORDER GRANTING
MOTION FOR THIRD EXTENSION OF
TIME TO ANSWER PETITION (NO.
C06-1075-JCC-MAT)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445